IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

CIVIL ACTION NO.: 2:17-cv-01623-DCN

| | |
|---|---|
| EARLENE BENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| BULLDOG TOURS, INC. AND ) | |
| AMERICAN COLLEGE OF THE ) | |
| BUILDING ARTS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The undersigned notifies this Court, the parties, and their attorneys that she appears on behalf of Defendants Bulldog Tours, Inc. and American College of the Building Arts in this lawsuit along with David S. Cobb.

                                              TURNER PADGET GRAHAM & LANEY, P.A.

                                              By: /s/ Nickisha M. Woodward
                                              Nickisha M. Woodward
                                              Federal Bar ID No.: 11882
                                              PO Box 22129
                                              Charleston, SC 29403
                                              (843) 579-8305
                                              nwoodward@turnerpadget.com
May 20, 2019                               *ATTORNEY FOR DEFENDANTS*